# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1617

**Short Case Caption:** In re: Medtronic, Inc.

**Filing Party** Medtronic, Inc.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the PTAB erred in affirming the Examiner's final rejection of claims 1–18, 21, and 22 of Application No. 17/215,842.

Relief awarded below (if damages, specify): ■ None/Not Applicable

Briefly describe the judgment/order appealed from:

The PTAB affirmed the Examiner's final rejection of claims 1–18, 21, and 22 of Application No. 17/215,842.

| Nature of Judgment (select one:) | Date of Judgment: |
|---|---|

- ■ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) ____________
- ☐ Other (explain) ____________

Date: 4/20/2026

Signature: /s/ Anthony H. Sheh

Name: Anthony H. Sheh